

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00200-CV

RYANN ZELLER

v.

GARY ALLEN, TOM OIL MONCRIEF, AND GLORIA MONCRIEF HOLMSTEN
AS TRUSTEES OF THE 1966 TRUST OF WILLIAM ALVIN MONCRIEF
AND ELIZABETH BRIGHT MONCRIEF

On Appeal from the
236th District Court of Tarrant County, Texas
Trial Court Cause No. 236-347001-23

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 20, 2025